IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Joshua Harvest,<br><br>        Petitioner,<br>  v.<br><br>Roy Castro,<br><br>        Respondent. | NO. C 00-20498 JW<br><br>**ORDER GRANTING PETITIONER UNCONDITIONAL WRIT OF HABEAS CORPUS AND ORDERING HIS IMMEDIATE RELEASE FROM STATE CUSTODY** |

On July 9, 2008, the United States Court of Appeals for the Ninth Circuit issued its Amended Opinion and Judgment in the above-entitled action, reversing this Court's August 2, 2005 Order granting Respondent additional time in which to comply this Court's conditional writ of habeas corpus issued on March 23, 2005, and ordering this Court to issue "an unconditional writ of habeas corpus releasing Petitioner Joshua Harvest from custody." In accordance with the Ninth Circuit's mandate, the Court grants Petitioner Joshua Harvest's petition for writ of habeas corpus and ORDERS Respondent to release Joshua Harvest from custody immediately and without conditions.

Dated: August 8, 2008

                                                        JAMES WARE<br>
                                                        United States District Judge

United States District Court<br>
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Douglass Charles MacMaster dmacmaster@contracostada.org
Jeremy Friedlander Jeremy.Friedlander@doj.ca.gov
Scott Alan Sugarman scottsugar@aol.com

Douglass Charles MacMaster
California District Attorney's Office
725 Court Street, 4th Floor
Martinez, CA 94553

Jeremy Friedlander
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Scott Alan Sugarman
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104

**Dated:  August 8, 2008**                              **Richard W. Wieking, Clerk**

                                                         **By:      /s/ JW Chambers**
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California